United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 1, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-50325
Summary Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

XAVIER JONQUE WHEELER,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:03-CR-391
--------------------

Before DeMOSS, STEWART, and PRADO, Circuit Judges.

PER CURIAM:[*]

    Xavier Jonque Wheeler appeals his 322-month sentence for

attempting to manufacture 50 grams or more of crack cocaine,

possessing with intent to distribute cocaine, possessing a

firearm in furtherance of a drug crime, and being a felon in

possession of a firearm.  Wheeler argues that his sentence is

unreasonable because it is based on judge-found facts rather than

facts that he admitted or that were found by a jury.

    The district court is allowed to find facts and is required

to determine a defendant's proper guideline range of imprisonment

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

before sentencing him.  <u>United States v. McKinney</u>, 406 F.3d 744, 746-47 (5th Cir. 2005).  Wheeler's sentence was within a properly calculated advisory guideline range and is entitled to great deference.  <u>See</u> <u>United States v. Mares</u>, 402 F.3d 511, 520 (5th Cir. 2005).  Giving such deference to Wheeler's sentence, and recognizing that the sentencing court considered all the factors for a fair sentence under § 3553(a), we conclude that Wheeler has failed to demonstrate that his sentence was unreasonable.  <u>See</u> <u>id.</u> at 519-20.  The judgment of the district court is AFFIRMED.